# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/7/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR05-00276HG

CASE NAME: USA v. Michael Kawasaki

ATTYS FOR PLA: Loretta Sheehan

ATTYS FOR DEFT: Howard Luke

INTERPRETER:

JUDGE: Kevin S. C. Chang            REPORTER: FTR C5

DATE: 2/7/2006                      TIME: 11:08-11:26:18am

COURT ACTION:  EP: Motion For Withdrawal of Not Guilty Plea and to Plead Anew. Defendant present, not in custody

Defendant sworn, questioned by the Court.  Consent to Rule 11 Plea In a Felony Case Before United States Magistrate signatures verified and filed.  Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

Plea of Guilty as to Count 1 of the Indictment entered by the Defendant.  R&R signed, with 10 days to object.  Pre-Sentence report ordered from USPO.

SENTENCING as to Count 1 of the Indictment set for 5/25/06 at 2:15 p.m. before Judge Gillmor.

Jury Trial date of 2/14/06 before Judge Gillmor is hereby vacated.

Defendant's current conditions of release to continue.

Submitted by: Shari Afuso, Courtroom Manager