IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 05-00276 HG |
| | ) | |
| Plaintiff, | ) | REPORT AND RECOMMENDATION |
| vs. | ) | CONCERNING PLEA OF GUILTY |
| | ) | |
| MICHAEL KAWASAKI, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

The defendant, by consent, has appeared before me

pursuant to Rule 11, Fed.R.Crim.P., and has entered a plea

of guilty to Count 1 of the Indictment.  After examining the

defendant under oath, I determined that the defendant is

fully competent and capable of entering an informed plea,

that the guilty plea was intelligently, knowingly and

voluntarily made, and that the offense charged is supported

by an independent basis in fact establishing each of the

essential elements of such offense.  I therefore recommend

that the plea of guilty be accepted and that the defendant

GUILTY.R&R-PA

be adjudged guilty and have sentence imposed accordingly.

      IT IS SO RECOMMENDED.

      DATED: Honolulu, Hawaii, February 7, 2006.



                                        Kevin S.C. Chang
                                        United States Magistrate Judge

### NOTICE

    **Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. § 636(b)(1)(B).**

CRIMINAL NO. 05-00276 HG; USA vs. MICHAEL KAWASAKI; REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY