EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON  #4532
Chief, Major Crimes Section

LORETTA SHEEHAN  #4160
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 7 2006

ORIGINAL at __11__ o'clock and __25__ min. __a__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>           Plaintiff,                )<br>                                     )<br>     vs.                             )<br>                                     )<br> MICHAEL KAWASAKI,                   )<br>                                     )<br>           Defendant.                )<br>_____) | CR. NO. 05-00276 HG<br><br>CONSENT TO RULE 11 PLEA IN<br>A FELONY CASE BEFORE UNITED<br>STATES MAGISTRATE JUDGE |

CONSENT TO RULE 11 PLEA IN A FELONY
CASE BEFORE UNITED STATES MAGISTRATE JUDGE

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the Magistrate Judge conducting the proceedings required by Rule 11, Fed.R.Crim.P., incident to the making of such plea. I understand that if the United States Magistrate Judge recommends that the plea of guilty be accepted,

a presentence investigation and report will be ordered pursuant to Rule 32, Fed.R.Crim.P. I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

DATED: February 7, 2006, at Honolulu, Hawaii.

_____
MICHAEL KAWASAKI
Defendant

_____
HOWARD LUKE
Attorney for Defendant


APPROVED:

_____
LORETTA SHEEHAN
Assistant U.S. Attorney