EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Major Crimes Section

LORETTA A. SHEEHAN #4160
Assistant U.S. Attorney
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  loretta.sheehan@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00276 HG |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STATEMENT OF NO OBJECTIONS |
| | ) | TO DRAFT PRESENTENCE |
| vs. | ) | REPORT; CERTIFICATE OF |
| | ) | SERVICE |
| MICHAEL KAWASAKI, | ) | |
| | ) | Date: May 25, 2006 |
| Defendant. | ) | Time: 2:15 p.m. |
| | ) | Judge: Helen Gillmor |

STATEMENT OF NO OBJECTIONS TO DRAFT PRESENTENCE REPORT

   The United States has reviewed the draft presentence reports and has no objections to the factual statements or guideline computations contained in the reports.

   DATED:  March 29, 2006, at Honolulu, Hawaii.

                                EDWARD H. KUBO, JR.
                                United States Attorney
                                District of Hawaii

                                By  /s/ Loretta Sheehan
                                   LORETTA A. SHEEHAN
                                   Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served by First Class Mail**:

Howard Luke, Esq.                     March 29, 2006
841 Bishop Street, Ste. 2022
Honolulu, HI  96813

Attorney for Defendant
MICHAEL KAWASAKI

**Served by Hand-Delivery**:

U.S. Probation Office                 March 29, 2006
Attn:  John Davis
300 Ala Moana Blvd., Room C-110
Honolulu, Hawaii 96850

DATED:  March 29, 2006, at Honolulu, Hawaii.

                                   /s/ Iris Tanaka